425 A.2d 740

**COMMONWEALTH of Pennsylvania**

v.

**Leroy SMALLEY, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 30, 1981.

Decided Feb. 27, 1981.

John Paul Curran, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Marianne E. Cox, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence and Order of the Court of Common Pleas of Philadelphia are affirmed.